## Commonwealth ex rel. Ackerman *v.* Ackerman, Appellant.

Argued November 12, 1964. Before Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ. (Rhodes, P. J., absent).

*David H. Weiner,* with him *C. Joseph Recht,* for appellant.

*Paul M. Petro,* for appellee.

OPINION PER CURIAM, December 1, 1964:

The order of the Court of Common Pleas of Washington County is affirmed on the opinion of President Judge CHARLES G. SWEET for the court below, reported at 34 Pa. D. & C. 2d 111.